# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMIAH J. GRISBY

NO. 2026 KW 0432

**JUNE 1, 2026**

---

In Re:  Jeremiah J. Grisby, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-17-0041.

---

**BEFORE:  THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**  This pleading appears to be a successive application for postconviction relief and a request for appointment of counsel filed with this court in the first instance. Relator has not demonstrated that he sought relief in the district court below before filing in this court nor shown any extraordinary circumstances that would justify bypassing the district court. See La. Code Crim. P. arts. 925 & 926(A).  Furthermore, the district court did not abuse its discretion by denying relator's first application for postconviction relief, which was filed outside the time delay.  See La. Code Crim. P. art. 930.8(A). Except as provided in La. Code Crim. P. art. 930.8, the district court has no authority to extend those limits beyond the delays set forth by the legislature.  **Benoit v. Guerin,** 2022-547 (La. App. 5th Cir. 1/18/23), 357 So.3d 434, 440, <u>writ denied</u>, 2023-00250 (La. 6/7/23), 361 So.3d 966.

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.